
RECEIVED
IN MONROE, LA
JUN 16 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| KENNETH SMITH | CIVIL ACTION NO. 06-0320 |
| VS. | SECTION P |
| CHAD LEE, WARDEN | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 15 day of June, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE